UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY MCLEMORE** | |
| **AND MITCHELL MCLEMORE,** * | |
| * | **CIVIL ACTION NO: 2:17-CV-11271** |
| **Plaintiffs,** * | |
| * | |
| **VERSUS** * | |
| * | |
| **NEW HAMPSHIRE INSURANCE** * | |
| **COMPANY,** * | |
| * | |
| **Defendant.** * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' WITNESS AND EXHIBIT LIST**

Plaintiffs, Mary and Mitchell McLemore, according to the Court's April 5, 2018 Order (Document 11), file into the Record and submit to Defendant, New Hampshire Insurance Company, this Witness and Exhibit List:

**WITNESS LIST**:

The following witnesses may be called to testify at trial:

1. Mary Elizabeth McLemore
   c/o Pandit Law Firm
   701Poydras Street, Suite 3950
   New Orleans, LA 70139

2. Mitchell Eddie McLemore
   c/o Pandit Law Firm
   701 Poydras Street, Suite 3950
   New Orleans, LA 70139

3. Tommy Tomkins
   c/o ATA Consulting, LLC
   317 Commercial Street, NE
   Suite A
   Albuquerque, NM 87102

4. Matthew McKinley
   McKagan Construction
   30262 Charles King Road
   Albany, LA 70711

5. John Adams
   Worley Claims
   303 Timber Creek
   Hammond, LA 70403

6. Bruce Mabee
   NCA Group
   9725 Windermere Blvd.
   Fishers, IN 46037

7. As-Yet Unidentified Corporate Representative
   Worley Claims
   303 Tiber Creek
   Hammond, LA 70403

8. Edward L. Fronapfel, M.S.C.E., P.E., CBIE, CFCC, EDI, CBCP
   SBSA, Inc.
   5926 McIntyre Street
   Golden, CO 80403

9. Shawn Peatrowsk, BSCE, BAS, PE-TX
   SBSA, Inc.
   5926 McIntyre Street
   Golden, CO 80403

10. Justin Goethals
    Clarity Claims
    212 East Second Street
    Pass Christian, MS 39571

11. As-yet unidentified New Hampshire Insurance Company Corporate Representative(s)

12. As-yet unidentified, if any, New Hampshire Insurance Company individual(s) reviewing, editing or approving John Adams' claim adjustment and handling

13. As-yet unidentified, if any, Worley Claims individual(s) reviewing, editing or approving John Adams' claim adjustment and handling

14. Melanie Neal, National Flood Services

15. Misty Young, National Flood Services

16. New Hampshire Insurance Company's as-yet unnamed Expert Witnesses

17. Andy Currier, Tangipahoa parish Building Official

18. Toni Jo Simon, Office Manager, Tangipahoa Parish Permit Office

19. Kim Morse, Permit Clerk, Tangipahoa Parish Permit Office

20. Daniel McCabe, Daniel S. McCabe, P.L.S.

21. Chad Newman, National Catastrophe Claims

22. Billie Burnett

23. As-yet unnamed My Quality Construction Corporate Representative(s)

24. Rebuttal Expert Witnesses, to be named per Federal Rules of Civil Procedure

25. Any individuals New Hampshire Insurance Company lists in Initial Disclosures;

26. Any individuals New Hampshire Insurance Company lists in Expert Disclosures;

27. Any individuals New Hampshire Insurance Company lists in Witness List

28. Plaintiff reserves the right to supplement this Witness List discovery proceeds.

**EXHIBIT LIST:**

Plaintiffs may introduce the following exhibits at trial:

1. The Standard Flood Insurance Policy and Declaration Page for policy period October 25, 2016 to October 25, 2016 and policy;

2. The repair estimate prepared by John Adams of Worley Claims, dated September 1, 2016;

3. The repair estimate prepared by Tommy Tompkins of ATA Consulting, LLC, dated August 20, 2017;

4. The repair estimate prepared by Justin Goethals submitted as an attachment to his Expert Report on August 18, 2018;

5. Plaintiffs' Proof of Loss signed and dated September 8, 2016;

6. Plaintiffs' Proof of Loss signed and dated September 25, 2017;

7. Any report/estimates prepared by New Hampshire Insurance Company representatives;

8. Any report/estimates prepared by Worley Claims Company representatives;

9. Any and all inspection report(s) for the property located at 44234 Seth Ochsner Road, Robert, LA 70455;

10. Any and all writing of any drafts or field notes or reports prepared from anyone retained by New Hampshire Insurance Company, relating to Plaintiffs' claim(s) regarding the property located at 44234 Seth Ochsner Road, Robert, LA 70455, relating to policy number 19930050042016 and losses on August 11, 2016;

11. Any and all writings or transmissions of any and all documents, letters, memoranda, emails, or other correspondence including, but not limited to, any electronic documents that in any way refer to, describe, discuss, or relate to the property located at 44234 Seth Ochsner Road, Robert, LA 70455, relating to policy number 19930050042016 and losses on August 11, 2016;

12. Any information or documents relied upon in forming an opinion in relation to the cause of loss to the property located at 44234 Seth Ochsner Road, Robert, LA 70455;

4

13. Any and all documents outlining procedures, instructions, guidelines, or manuals regarding the inspection of properties, adjustment or handling of claims, including, but not limited, to those related to Plaintiffs' claim of loss to the property located at 44234 Seth Ochsner Road, Robert, LA 70455 on August 11, 2016;

14. Copy of the claim file of New Hampshire Insurance Company for March 2016 and August 2016 flood insurance claims;

15. Any and all photographs of the property;

16. Any and all inventory of damaged contents;

17. Any and all repair receipts paid by Plaintiffs;

18. Any and all repair estimates obtained from any and all contractors hired by Plaintiffs to perform estimates and/or repairs to the property located at 44234 Seth Ochsner Road, Robert, LA 70455 pertaining to the August 11, 2016 loss;

19. Any and all payments made by Defendant to Plaintiffs for damages related to the August 11, 2016 loss;

20. Any and all correspondence exchanged in this matter;

21. Any and all deposition exhibits in this matter;

22. FEMA Flood Insurance Manual, Dated April 1, 2017, Claims Pages CL1-CL3;

23. FEMA Bulletins W-04020, W-13025a, W-14052, W-16091, and W-18009;

24. FEMA Flood Adjuster Manual;

25. FEMA/WYO "Arrangement;"

26. New Hampshire Insurance Company Underwriting File;

27. Any and all documents provided by Defendant in their initial disclosures;

28. Any exhibit listed by Defendant; and

29. Plaintiffs reserve the right to supplement this response as discovery and investigation of this claim proceeds.

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

_____/s/Rajan Pandit_____
**RAJAN PANDIT**, Bar No. 32215
**JASON M. BAER**, Bar No. 31609
**CASEY C. DEREUS,** Bar No. 37096
**SANDRA D. GUIDRY,** Bar No. 26349
**HENRY J. ROTH,** Bar No. 37526
**PHILLIP N. SANOV,** Texas Bar No. 17635950
   **Admitted** *Pro Hac Vice*
701 Poydras Street, Suite 3950
New Orleans, LA 70130
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email:laflood@panditlaw.com  and
psanov@panditlaw.com
*COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing motion has been served upon counsel for all parties via CM/ECF Filer System, on this 18th day of September 2018.

_____*Rajan Pandit*_____
   **RAJAN PANDIT**